FILED
2017 Sep-05 PM 12:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| HOLLY MCGEE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 7:17-cv-000954-JHE |
| T.J. MAXX, INC., | ) |
| Defendant. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 21, the parties' joint motion to substitute "TJX Companies, Inc." for T.J. Maxx, Inc. as the defendant (doc. 17) is **GRANTED**. The Clerk is **DIRECTED** to revise the docket accordingly.

DONE this 5th day of September, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE